UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

Leo Bard,

           Plaintiffs,

                                   <u>1:15-cv-07281-MKB-RER</u>

        v.

Northland Group Inc

           Defendant,

------------------------------------------------------------------------x

<u>NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO
RULE 41(a)(1)(A)(ii)</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: Brooklyn, New York       Respectfully submitted,
       April 6, 2017

                                 LAW OFFICES OF DAVID PALACE

                                 By: <u>/s/ David Palace</u>
                                 383 Kingston Ave, #113
                                 Brooklyn, NY 11213
                                 Tel: (347) 651-1077
                                 Fax: (347) 464-0012

                                 Attorneys for Plaintiff